UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 6 - 2014 ★

BROOKLYN OFFICE

------------------------------------------------------------------X

ETANISLAO ABREU,

                            Plaintiff,

-against-

NEW YORK CITY, POLICE OFFICER JUSTIN
PUCCIA, POLICE OFFICER JOSEPH TARLENTINO, POLICE
OFFICER KYLE STANLEY, and POLICE OFFICER JAY
RIVERA, IN THEIR INDIVIDUAL AND PROFESSIONAL
CAPACITIES,

                            Defendants.

**STIPULATION OF
VOLUNTARY
DISMISSAL
WITH PREJUDICE
PURSUANT TO
FRCP 41(a)(1)(A)(ii)**

13 CV 3753 (CBA) (RER)

------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, against defendants City of New York (s/h/a "New York City"), Police Officer Justin Puccia, Police Officer Joseph Tarlentino, Police Officer Kyle Stanley, and Police Officer Jay Rivera, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       September 19, 2014

PETERSON DELLECAVE LLP
*Attorneys for Plaintiff*

By: _____
Duncan Peterson, Esq.
233 Broadway
Suite 1800
New York, New York 10279
212.240.9075

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*

By: _____
Erica M. Haber
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, New York 10007
212.356.3545

SO ORDERED: s/Carol Bagley Amon
Oct. 6, 2014
                        USDJ